# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC10 | E 1971986 | DAHL | D5891 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 04/13/2025 1622
**Offense Charged:** ☒ USC
18 USC 111

**Place of Offense:** FORT IRWIN, CA 92310
WEED ARMY COMMUNITY HOSPITAL

**Offense Description; Factual Basis for Charge:** HAZMAT ☐
ASSAULT ON A FEDERAL OFFICER

### DEFENDANT INFORMATION

**Last Name:** HILLERT
**First Name:** AARRON
**M.I.:** R

**Street Address:** [REDACTED]

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE

**Court Address:** 3470 TWELFTH ST.
RIVERSIDE, CA 92501
**Date:** TBD
**Time:** TBD

X Defendant Signature: UNAVAILABLE TO SIGN

Original - CVB Copy

*E1971986*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **13 APRIL** 20**25** while exercising my duties as a law enforcement officer in the **CENTRAL** District of **CALIFORNIA**

SEE ATTACHED PROBABLE CAUSE STATEMENT.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 04/13/2025
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/29/2025 14:8
CVB SCAN 05/29/2025 14:8